UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LARRY T. OUTLAW, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALAN FINNAN, Superintendent, et al., )<br>)<br>Defendants. ) | No. 2:09-cv-0036-WTL-TAB |

**Entry and Notice**

A case becomes moot if the "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." Murphy v. Hunt, 455 U.S. 478, 481 (1984). A court lacks jurisdiction over a claim which is moot. *Board of Educ. of Downers Grove Grade School Dist. No. 58 v. Steven L.,* 89 F.3d 464, 467 (7th Cir. 1996), *cert. denied,* 117 S. Ct. 1556 (1997). The plaintiff's claim for injunctive relief is dismissed as moot because he is no longer confined at the Wabash Valley Correctional Facility. *See Lehn v. Holmes,* 364 F.3d 862, 871 (7th Cir. 2004) ("[W]hen a prisoner who seeks injunctive relief for a condition specific to a particular prison is transferred out of that prison, the need for relief . . . become[s] moot."); *Higgason v. Farley,* 83 F.3d 862, 871 (7th Cir. 1996) (same).

No partial final judgment shall issue at this time as to the claims resolved in this Entry.

**IT IS SO ORDERED.**

Date: 11/23/2009

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Larry T. Outlaw
# 900496
Indiana State Prison
One Park Row
Michigan City, IN 46360

James F. Bleeke
SWEETIN & BLEEKE PC
jim@sweetinbleeke.com

Carol A. Dillon
SWEETIN & BLEEKE, P.C.
carol@sweetinbleeke.com

Akia Haynes
Indiana Office of the Attorney General
akia.haynes@atg.in.gov

Corinne Gilchrist
Office of the Indiana Attorney General
corinne.gilchrist@atg.in.gov